**STATE of Missouri, Respondent,**

v.

**Alvin WASHINGTON, Appellant.**

No. 70181.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 28, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 17, 1997.

Robert E. Steele, Jr., Asst. Public Defend-
er, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jac-
queline K. Hamra, Asst. Attorney General,
Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and
GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Alvin Washington ("defen-
dant"), appeals the judgment of the Circuit
Court of the City of St. Louis resentencing
him as a Class X offender pursuant to RSMo
§ 558.019 (Cum.Supp.1992).  We affirm.

On October 7, 1993, defendant was convict-
ed of burglary in the second degree, RSMo
§ 569.170 (1986), and sentenced as a Class X
offender.  This Court remanded for further
proceedings on defendant's status as a Class
X offender and for resentencing.  Defendant

---

was resentenced as a Class X offender. On appeal, defendant argues, first, that the 1994 amendment to RSMo § 558.019 eliminating the Class X offender classification applied to his resentencing; and second, the 1994 amendment to RSMo § 556.061(8) excluding burglary from its definition of "dangerous felonies" applied to his resentencing.

Both points are without merit. *State v. Beers*, 926 S.W.2d 215, 217 (Mo.App. E.D. 1996); *State v. Tivis*, 933 S.W.2d 843, 848 n. 3 (Mo.App. W.D.1996). As an extended opinion would serve no jurisprudential purpose, we affirm pursuant to Rule 30.25(b).